DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TYSON ASSET MANAGEMENT, L.P.,** a Texas limited partnership,
and **GREGG S. TYSON,** individually**,**
Appellants,

v.

**BETH SCLAFANI,**
Appellee.

No. 4D2025-0281

[July 23, 2025]

Appeal of nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Elaine A. Carbuccia, Judge; L.T. Case No. FMCE22-012199.

Nancy W. Gregoire Stamper of Birnbaum, Lippman & Gregoire, PLLC, Fort Lauderdale, and Brett P. Rogers of the Law Offices of Brett P. Rogers, P.A., Fort Lauderdale, for appellants.

Caroline N. Johnson of Johnson Ritchey Family, PLLC, Boca Raton, for appellee.

PER CURIAM.

Third party defendants, Tyson Asset Management, L.P. and Gregg S. Tyson, appeal the trial court's order that denied their motion to dismiss for lack of personal jurisdiction without explanation. We reverse and remand for the trial court to hold a limited evidentiary hearing and make factual findings reconciling the parties' affidavits. *See Hsu v. Atassi*, 399 So. 3d 1157, 1158 (Fla. 3d DCA 2024) (finding order denying motion to dismiss for lack of personal jurisdiction insufficient where trial court failed to include a written analysis of both prongs of *Venetian Salami Co. v. Parthenais*, 554 So. 2d 499 (Fla. 1989)); *HJC Corp. v. Gallardo*, 338 So. 3d 316, 318 (Fla. 3d DCA 2022) (same); *see also BRP-Rotax GmbH & Co KG v. Ciccolini*, 405 So. 3d 508, 510 (Fla. 3d DCA 2025) (reversing order denying motion to dismiss for trial court to hold a limited evidentiary hearing to harmonize the competing affidavits). We take no position on the merits of the substantive personal jurisdiction issue.

*Reversed and remanded.*

WARNER, CIKLIN and KLINGENSMITH, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***